**UNITED MICROELECTRONICS CORPORATION, UMC Group (USA), and United Foundry Service, Inc., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee.

No. 03–1130.

United States Court of Appeals,
Federal Circuit.

March 28, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).